IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MOHAMED MOHAMED MOHAMUD, | Case No. 3:15-cv-02102-KI |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD IVES, Warden, FCI Sheridan, | |
| Respondent. | |

**KING, Judge.**

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice, for lack of jurisdiction.

IT IS SO ORDERED.

DATED this   8th   day of November, 2016.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

1 - JUDGMENT